UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMIR KORO, an individual, et al., | CASE NO.  C09-553RSM |
| Plaintiffs, | |
| v. | MINUTE ORDER |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Washington Mutual Bank, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

This case is hereby TRANSFERRED to the Honorable Marsha S. Pechman as related to *Hutton v. Federal Deposit Insurance Corporation,* Cause No. C09-528MJP.   All further filings in this case shall bear the Cause No. C09-553MJP.

DATED this 29th day of April, 2009.

BRUCE RIFKIN, Clerk


By /s/ Rhonda Stiles
                    Deputy Clerk

MINUTE ORDER